NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1265

OPTIUM CORPORATION,

Plaintiff-Appellant,

v.

EMCORE CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court for the Western District of Pennsylvania in case no. 07-CV-1683, Chief Judge Donetta W. Ambrose.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Emcore Corporation moves for a 30-day extension of time, until September 30, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Douglas J. Kline, Esq.
    Robert C. Kahrl, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 8 2009

JAN HORBALY
CLERK